[No. 54428-4-I.   Division One.   July 5, 2005.]

BENAROYA CAPITAL COMPANY, L.L.C., *Respondent*, v. EMF PARTNERS, L.L.C., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-11673-6, Glenna Hall and Michael S. Spearman, JJ., entered August 9, 2002, March 2, 23, May 16, 19 and June 14, 2004. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, C.J, and Appelwick, J.

[No. 54451-9-I.   Division One.   July 5, 2005.]

JENNIFER D. NIESHE ET AL., *Respondents*, v. CONCRETE SCHOOL DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-2-00823-5, Susan K. Cook, J., entered June 4, 2005. *Reversed* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Agid, J. Now published at 129 Wn. App. 632.

[No. 54460-8-I.   Division One.   July 5, 2005.]

SPECTRUM GLASS COMPANY, INC. *Appellant*, v. PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-07598-1, Stephen J. Dwyer, J., entered May 28, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Agid and Appelwick, JJ. Now published at 129 Wn. App. 303.

[No. 54472-1-I.   Division One.   July 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ELMER A. SILKETT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05955-1, Jay V. White, J., entered June 18, 2004. *Affirmed* by unpublished per curiam opinion.